Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 25 2023

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
for the
District of
Division

Reo L. Covington
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

William Chronister et. Al
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 4:23-cv-00391-DPM
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

This case assigned to District Judge Marshall
and to Magistrate Judge Ray

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

   **A.   The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Reo L. Covington
   Street Address: 115 W. Doty Street
   City and County: Madison, Dane
   State and Zip Code: Wisconsin 53703
   Telephone Number:
   E-mail Address: reocovington005@gmail.com

   **B.   The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: William Chrgnister - John Doe #1
- Job or Title (if known): Dardenelle Police Officer
- Street Address: 2005 State Hwy 22
- City and County: Dardenelle, Yell
- State and Zip Code: Arkansas 72802
- Telephone Number: 479-229-2533
- E-mail Address (if known):

Defendant No. 2
- Name: John Doe #2
- Job or Title (if known): Dardenelle Police Officer
- Street Address: 2005 State Hwy. 22
- City and County: Dardenelle, Yell
- State and Zip Code: Arkansas 72802
- Telephone Number: 479-229-2533
- E-mail Address (if known):

Defendant No. 3
- Name: John Doe #3
- Job or Title (if known): Dardenelle Police Officer
- Street Address: 2005 State Hwy 22
- City and County: Dardenelle, Yell
- State and Zip Code: Arkansas 72802
- Telephone Number: 479-229-2533
- E-mail Address (if known):

Defendant No. 4
- Name: John Doe #4
- Job or Title (if known): Dardenelle Police Officer
- Street Address: 2005 State Hwy 22
- City and County: Dardenelle, Yell
- State and Zip Code: Arkansas 72802
- Telephone Number: 479-229-2533
- E-mail Address (if known):

See - Reverse

Defendant:
John Doe #5
Dardenelle Police Officer
2005 State Hwy. 22
Dardenelle, Yell
Arkansas, 72802
479-229-2533

6. Pearson's Towing & Recovery Services, LLC - Towing Services
443 AR 245
Russelville, Yell
Arkansas 72802
479-890-5006

7. Dardenelle Police Dept.
2005 State Hwy. 22
Dardenelle, Yell
Arkansas 72802

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Constitutional Amendments 4, 5, 6, 8 and 14.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please see handwritten complaint.

Racial profiling, illegal seizure, Violated 14th

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Request 50,000 against each def. severally & Jointly.
Punitive 250,000 each severally & jointly.
$ 1,000,000 against Dardanelle Police Dept.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-18-2023

Signature of Plaintiff: *Reo L. Covington*

Printed Name of Plaintiff: Reo L. Covington

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

The United States District Court
For The Eastern District of Arkansas
Reo Covington

V.

(5) Five Unnamed Dardenelle Police Officers
Dardenelle Police Department,
Pearsons Towing and Recovery Services, LLC

Jurisdiction and Venue:

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation under color of state law, of rights secured by the Constitution of the United States. This Court has jurisdiction under 28 U.S.C. Section 1331 and 1343(a) 3, Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Any claims for injunctive relief are authorized by 28 U.S.C. section 2283 and 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Eastern District of Arkansas is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

3. Reo L. Covington, Plaintiff is an Adult male African-American/Black American and was at all times herein mentioned a citizen guaranteed certain liberties and inalienable rights secured by the Arkansas and United States Constitutions.

Ark - ①

Case 4:23-cv-00391-DPM   Document 2   Filed 04/25/23   Page 8 of 15

4. Defendants Police Officers John Does Nos. 1-5 were at all times employed as law enforcement officers by the Dardenelle Police Department.

5. Pearson's Towing & Recovery Services LLC was at all times herein mentioned a limited liability Company, acting in concert with the Dardenelle Police Department to remove vehicles from accident scenes, vehicle abandonment, and illegally parked/hazardly parked vehicles.

6. Dardenelle Police Department is a Municipal Agency in Dardenelle, Ark. and at all times herein mentioned has a civic duty, to serve and protect the Arkansas laws, ordinances and to unbiasly uphold the guaranteed rights guaranteed to each citizen and others by the United States Constitution.

7. Each defendant is sued in their personal and individual capacity.

8. Each defendant is sued in their official capacity as state actors.

9. Facts of The Case:
On or about the 26th or 27th of May 2021, Covington was pulled over by John Doe No 1. A Dardenelle Police Officer.

Ark-2

10. The officer claimed Plaintiff's passenger side headlamp was not operable or not working.
11. Plaintiff tried to exit vehicle, but was prevented by officer, who blocked his door with his body.
12. Plaintiff explained that his lights worked perfectly because he changed all of the front bulbs the previous Sunday or Monday.
13. John Doe No. 1 ordered Plaintiff to stay in the vehicle and produce registration, license and insurance.
14. Plaintiff complied as best he could, without having any insurance.
15. Within 2-4 mins. John Does Nos. 2-5 show up and surround Plaintiff's vehicle.
16. John Does Nos. 2-5 ordered Plaintiff to exit vehicle, without explaining why.
17. Plaintiff complied with orders from John Does Nos. 2-5 due to fear of for his life.
18. Plaintiff had a warrant from Wisconsin and was taken into custody to the Yell County jail.

Ark 3

19. Plaintiff refused to consent to vehicle search, but John Does Nos. 1-5 searched the vehicle anyway.
20. Plaintiff was transported to to Yell County Jail and later released around 6:30 am on the 26th/27th of May 2021.
21. Yell County deputies claimed not to know where Plaintiff's car had been towed to.
22. A Lt. within the Dardenelle Police Department refused cooperate with locating Plaintiff's vehicle.
23. No personnell who spoke with Plaintiff on the 26th/27th of May 2021 was willing to tell Plaintiff who had towed the car or where to contact the tow company.
24. Plaintiff eventually located the vehicle at Pearson's Towing & Recovery Services LLC.
25. Pearson's Towing and Recovery Services LLC communicated the per Dardenelle Police orders, "Covington is not the registered owner, so don't release the car to him nor give him access to the vehicle. Let the registered owner only (Sonya Martin) come

Ark 4

get the vehicle.

26. Pearson's refused to accept a notarized statement from Sonya Martin releasing the vehicle to Plaintiff.

27. Pearson's again stated that "Dardenelle Police said do not release the vehicle to Covington, because he is not the registered owner of the vehicle.

28. Pearson's again refused to allow Covington to access the vehicle, nor remove any property or personal items from the vehicle.

29. Upon information and belief Defendants acted in concerted effort to maliciously deprive this Plaintiff of the vehicle.

30. Upon information and belief the police officer targeted Covington because he as a Black male was more likely than not engaged in criminal activity which was not proven.

31. Upon information and belief defendants have knowingly, willingly, intentionally and maliciously in a concerted effort deprived this Plaintiff of Constitutional rights guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution.

32. Plaintiff claims include, but are not limited to a violation of the Ark. 5

Fourth Amendment right to be secure in his persons, houses, papers and effects against unreasonable search and seizures. United States Const. Amendment 4.

33. Plaintiff was a victim of racial profiling, falsely imprisoned and left vehicleless and without means of survival in violation of his rights guaranteed by the the United States Constitution, the Arkansas Constitution and local ordinances of Dardanelle.

34. Plaintiff's rights under the Fourteenth Amendment right to Equal Protection Under the law, were violated when Plaintiff was stopped for the alleged headlamp violation.

35. Plaintiff re-alleges Paragraphs 1-35.

36. The illegal traffic stop violated Reo L. Covington's rights and constituted a violation of Plaintiff's right to be free from unreasonable search and seizures, violated the Fourteenth Amendment right to Equal Protection Under the law.

37. This Plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured unless this

Ark. 6

court grants the declaratory relief which Plaintiff seeks.

38

Wherefore, plaintiff respectfully prays that this court enter judgment granting Plaintiff:

A. A declaration that the acts and omissions described herein violated Plaintiff's rights under the Constitution and laws of the United States.

B. Compensatory damages in the amount of $50,000.00 against each defendant, jointly and severally.

C. Punitive damages in the amount $250,000.00 each jointly and severally, and $1,000,000.00 against defendant Dardenelle Police Department.

D. A jury trial on all issues triable by jury.

E. Plaintiff's costs in this suit.

F. Any additional relief this court deems just proper and equitable.

Dated: 3-15-2023

Respectfully Submitted,

Reo L. Covington
Reo L. Covington

see Reverse-

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Madison, Wisconsin on this 15th day of March, 2023

Reo L. Covington
Reo L. Covington

Subscribed and Sworn to before me _____ On this ____ day of March 2023.
            Notary Name

State of: Wisconsin
County of: Dane
The foregoing instrument was acknowledged before me 21 day of March, 2023
Alexander L. Moeckler
, Notary Public
My Commission Expires March 31, 2024

Alexander L. Moeckler

Ark
8

Reo Covington
115 W. Doty St.
Madison, WI
53703



United States District
Court - Eastern Arkansas
500 West Capitol Avenue
Little Rock, AR 72802