# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

REO L. COVINGTON     PLAINTIFF

v.     No. 4:23-cv-391-DPM

WILLIAM CHRONISTER,
Dardenelle Police Officer;
DOES 1-4, Dardenelle Police
Officers; PEARSON'S TOWING
& RECOVERY SERVICES, LLC,
Towing Services; DARDENELL
POLICE DEPARTMENT     DEFENDANTS

## ORDER

1. Covington's application to proceed *in forma pauperis* is incomplete; he didn't submit a certificate or calculation sheet. 28 U.S.C. § 1915(a)(2). His application, *Doc. 1*, is therefore denied without prejudice.

2. Covington must submit a completed application and certified calculation sheet by 9 June 2023. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Covington permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

3. The Court directs the Clerk to mail Covington an *in forma pauperis* application with a copy of this Order.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 May 2023