# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

REO L. COVINGTON                                                        PLAINTIFF

v.                      No. 4:23-cv-391-DPM

WILLIAM CHRONISTER,
Dardenelle Police Officer;
DOES 1–4, Dardenelle Police
Officers; PEARSON'S TOWING
& RECOVERY SERVICES LLC,
Towing Services; DARDENELL
POLICE DEPARTMENT                                     DEFENDANTS

## ORDER

1.     Covington's motion for an extension of time to pay a partial filing fee, *Doc. 5*, is granted in part and denied in part. No partial filing fee is due at this time because Covington has not been granted *in forma pauperis* status. His application was denied as incomplete. *Doc. 4.* Covington will be granted an additional thirty days to submit a completed *in forma pauperis* application and certified calculation sheet. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). Only if the Court grants Covington permission to proceed *in forma pauperis* will he have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

2.    The Court directs the Clerk to mail Covington an *in forma pauperis* application with a copy of this Order.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____5 June 2023_____