IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REO L. COVINGTON                                         PLAINTIFF

v.                     No. 4:23-cv-391-DPM

WILLIAM CHRONISTER,
Dardenelle Police Officer;
DOES 1–4, Dardenelle Police
Officers; PEARSON'S TOWING
& RECOVERY SERVICES, LLC,
Towing Services; DARDENELL
POLICE DEPARTMENT                                    DEFENDANTS

## ORDER

1.    Covington's application to proceed *in forma pauperis* remains incomplete; neither the certificate nor calculation sheet are certified. 28 U.S.C. § 1915(a)(2). His application, *Doc. 7*, is denied without prejudice.

2.    Covington reports jail officials refused to assist him in completing the required documentation. *Doc. 7*. The Court seeks the Detention Facility's Administrator's assistance in this matter. The Court directs the Clerk to send a copy of this Order to the Detention Facility Administrator, Dane County Jail, 115 W. Doty St., Madison, WI 53703. The Court also directs the Clerk to send Covington a blank § 1983 form as well as another *in forma pauperis* application, including a certificate and calculation sheet, along with a copy of this Order.

3. Covington must submit a completed application and certified calculation sheet by 18 October 2023. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Covington permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

4. Covington's motion for screening, *Doc. 8*, is denied. The case is not yet ripe.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2023