## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**REO L. COVINGTON**                                                              **PLAINTIFF**
**#533457**

**v.**                              **No. 4:23-cv-391-DPM**

**WILLIAM CHRONISTER, Dardenelle**
**Police Officer;   DOES 1–4, Dardenelle**
**Police Officers;   PEARSON'S TOWING**
**& RECOVERY SERVICES LLC, Towing**
**Services;   DARDENELL POLICE**
**DEPARTMENT**                                                              **DEFENDANTS**

### ORDER

Covington hasn't paid the $402 administrative and filing fee or filed a complete application to proceed *in forma pauperis;*   and the time to do so has passed.   *Doc. 9.*   His mail is being returned.   *Doc. 11.* His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2).   An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*7 November 2023*