IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REO L. COVINGTON                                                    PLAINTIFF
#533457

v.                          No. 4:23-cv-391-DPM

WILLIAM CHRONISTER, Dardenelle
Police Officer; DOES 1–4, Dardenelle
Police Officers; PEARSON'S TOWING
& RECOVERY SERVICES LLC, Towing
Services; DARDENELL POLICE
DEPARTMENT                                                         DEFENDANTS

JUDGMENT

Covington's complaint is dismissed without prejudice.

*N P Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 November 2023