IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

REO L. COVINGTON                                                           PLAINTIFF
#533457

v.                             No. 4:23-cv-391-DPM

WILLIAM CHRONISTER, Dardenelle
Police Officer;   DOES 1–4, Dardenelle
Police Officers;   PEARSON'S TOWING
& RECOVERY SERVICES LLC, Towing
Services;   and DARDENELL POLICE
DEPARTMENT                                                               DEFENDANTS

JUDGMENT

Covington's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 February 2024